NEW JERSEY CHAPTER OF THE NATIONAL ASSOCIATION OF INDUSTRIAL AND OFFICE PARKS v. TOWNSHIP OF SOUTH BRUNSWICK, ET AL.

June 27, 1989.

Petition for certification granted. (See 232 *N.J.Super.* 182)

NEW JERSEY BUILDERS ASSOCIATION v. THE TOWNSHIP OF CHESTER, ETC., ET AL.

June 27, 1989.

Petition for certification granted. (See 232 *N.J.Super.* 182)

NEW JERSEY BUILDERS ASSOCIATION v. THE TOWNSHIP OF CHESTER, ETC., ET AL.

June 27, 1989.

Cross-petition for certification granted. (See 232 *N.J.Super.* 182)

CALTON HOMES, INC. v. TOWNSHIP OF MIDDLETOWN, ETC., ET AL.

June 27, 1989.

Petition for certification granted. (See 232 *N.J.Super.* 182)